**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7329**

ROGER DALE TERRY, JR.,

Plaintiff – Appellant,

v.

M. MIDDLETON, Ofc, COS; BOBBY SHEARIN, Warden; SLATE STATE,
Sgt, Rep; P. SHIELDS, D.O.C., Co2; FRED NASTRI, H.O.,

Defendants – Appellees,

and

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; SCOTT
OAKLEY, Executive Director of the IGO; J. L. TRUE, Captain;
LENORA C. ADEGBESON,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen  L.  Hollander,  District  Judge.
(1:11-cv-01686-ELH)

Submitted:  November 29, 2012      Decided:  December 13, 2012

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Dale Terry, Jr., Appellant Pro Se. Nancy P. Tennis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Dale Terry, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Terry v. Middleton, No. 1:11-cv-01686-ELH (D. Md. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED